# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CASSANDRA BERESHA JACKSON,**

       **Plaintiff,**

-vs-                                                                        **Case No. 6:07-cv-933-Orl-22KRS**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

_____

## ORDER

This cause is before the Court on Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. §406(b) (Doc. No. 21) filed on March 31, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 10, 2009 (Doc. No. 22) is ADOPTED and CONFIRMED and made a part of this Order.

2. Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. §406(b) (Doc. No. 21) is GRANTED in part.

3. Richard A. Culbertson, Esq., is authorized to charge and collect from Jackson the sum of $10,077.75. After receiving the §406(b) fee, Culbertson shall promptly refund to Jackson the $4,867.56 he received as an EAJA fee.

4. Culbertson is directed to provide a copy of this Order to Jackson, and file a Certificate of Service.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 28, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge